# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GARY LAMONT ABRAHAM,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　vs.<br><br>**FARMERS INSURANCE, et al.,**<br><br>　　　　　　　　**Defendants.** | **CASE NO. 8:13CV129**<br><br>**JUDGMENT** |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Motion to Dismiss (Filing No. 14) filed by Defendants Bristol West Auto Insurance and Farmers Insurance Exchange is granted;

2. Plaintiff's claims are dismissed without prejudice; and

3. The Motion to Dismiss (Filing No. 10) is denied as moot.

Dated this 23rd day of August, 2013.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　Chief United States District Judge